UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

It's All Happening LLC,

                Plaintiff,

-against-

Laura E. Cowan, Esq. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2023

1:23-cv-04620 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than Monday, June 12, 2023, the parties shall file a joint letter indicating whether Plaintiff It's All Happening LLC, d/b/a New Law Business Model ("Plaintiff") agrees to withdraw its requests for injunctive relief. (*See* Proposed OTSC, ECF No. 5; Pl.'s 6/1/23 Mem., ECF No. 7.)

2. If Plaintiff does not agree to withdraw its requests for injunctive relief, the joint letter shall only set forth a proposed schedule for Defendants' opposition to the requests for injunctive relief and Plaintiff's reply. If the parties cannot agree on a proposed schedule, they shall each separately set forth in the joint letter their respective proposed schedules.

3. If Plaintiff agrees to withdraw its requests for injunctive relief, the joint letter shall set forth a proposed schedule for discovery in this action and the related action, *Take Big Steps LLC v. It's All Happening LLC*, 23-cv-03664 (LAK) (SDA). If the parties

cannot agree on a proposed schedule, they shall set forth in the joint letter their respective proposed schedules.

Dated: New York, New York
June 7, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**