```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

It's All Happening LLC,

                Plaintiff,

-against-

Laura E. Cowan, Esq. et al.,

                Defendants.

1:23-cv-04620 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The request to reschedule the telephone conference to address the letter filed at ECF No. 25 (ECF No. 27) is GRANTED. The previously scheduled telephone conference on Thursday, June 15, 2023, at 11:00 a.m. EST (*see* ECF No. 26), is hereby rescheduled. The parties shall appear for a telephone conference on Thursday, June 15, 2023, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            June 13, 2023

                                              */s/ Stewart D. Aaron*
                                              **STEWART D. AARON**
                                              **United States Magistrate Judge**